## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA R. TRIPP,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | C.A. No. 99CV02554 (EGS) |
| LINDA R. TRIPP,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | C.A. No. 01CV157 (EGS) |
| LINDA R. TRIPP,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendant. | C.A. No. 01CV506 (EGS) |

### **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in accordance with the terms of a settlement agreement, the parties to the above captioned cases hereby stipulate to a dismissal

of each of these cases. This dismissal shall be with prejudice. Each party shall bear their own costs. A copy of the settlement agreement is attached.

Respectfully submitted,

/s/ Stephen M. Kohn

Stephen M. Kohn, D.C. Bar No. 411513
David K. Colapinto, D.C. Bar No. 416390
KOHN, KOHN & COLAPINTO, P.C.
3233 P Street, N.W.
Washington, DC 20007
Phone: (202) 342-6980
Fax: (202) 342-6984

Attorneys for Plaintiff

/s/ Vesper Mei

Elizabeth J. Shapiro
Andrea Gacki
Elaine Marzeta Lacy
Carol Federighi
Vesper Mei
U.S. Department of Justice
Civil Division -- FPB
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for All Defendants

Dated: 11-3-03